RECEIVED
IN MONROE, LA

DEC 0 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARVIN EDWARD WARE | CIVIL ACTION NO. 06-0869 |
| VS. | SECTION P |
| ROBERT TAPPIN, ET AL. | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 14], determining that the findings are correct under the applicable law and noting the absence of objections,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's loss of property claim is DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's remaining § 1983 claims are DISMISSED WITH PREJUDICE for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) for failing to exhaust his administrative remedies. If Plaintiff exhausts his administrative remedies, he can present these claims again, but he may not proceed *in forma pauperis*.

MONROE, LOUISIANA, this 7 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE